

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NOS. WR-81,984-05, 81,984-06, & 81,984-07

**EX PARTE ROYCE WILLIAM TAWATER, Applicant**

ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
CAUSE NOS. WRIT10814, WRIT10815, & WRIT10816
IN THE 354TH DISTRICT COURT FROM HUNT COUNTY

*Per curiam*.

**O R D E R**

Applicant was convicted of aggravated assault with a deadly weapon, deadly conduct discharging a firearm, and unlawful possession of a firearm by a felon and sentenced to thirty-four, twenty and twenty years' imprisonment respectively. The Sixth Court of Appeals affirmed his convictions. *Tawater v. State*, Nos. 06-14-00094-CR & 06-14-00095-CR (Tex. App. — Texarkana, Feb. 4, 2015, Feb. 4, 2015); *Tawater v. State*, No. 06-14-00075-CR (Tex. App. — Texarkana, Dec. 10, 2014). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant alleges, among other things, that a new DNA report shows that the firearm used in these cases has another person's DNA on it, not that of Applicant. We remand this application

to the trial court to complete an evidentiary investigation and make findings of fact and conclusions of law on the materiality of the new report and any other findings necessary to address Applicant's allegations.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: April 29, 2020
Do not publish